HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DANIEL DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00220-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL; ORDER** |
| vs. | |
| DANIEL DELGADO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, Assistant Federal Defender Reed Grantham, counsel for Daniel Delgado, and Carrie McCreary, counsel for co-defendant Ruben Duran-Sanchez, that the trial currently scheduled for December 11, 2019, at 8:30 a.m. may be moved to January 14, 2020, at 8:30 a.m. There is good cause to continue the trial date as set forth below.

1. The Indictment charges Mr. Delgado with conspiracy to distribute and possess with intent to distribute methamphetamine (Count 1), possession with intent to distribute methamphetamine (Counts 2 and 3), possession of a firearm in furtherance of a drug trafficking offense (Count 5), and assault on a federal officer with a deadly weapon and causing bodily injury (Count 6). If convicted, Counts 1, 2, and 3 each carry a mandatory minimum sentence of 10 years to life. Count 5 carries a mandatory minimum sentence of 5 consecutive years and

Count 6 carries a sentence of up to 20 years.

2. Trial in this matter is currently set for Wednesday, December 11, 2019.

3. Counsel for Mr. Delgado and government counsel are currently engaged in active plea negotiations that both parties believe will resolve the case without the need for trial. The government provided Mr. Delgado with a proposed plea agreement on October 17, 2019, that is set to expire on November 1, 2019. Undersigned counsel for Mr. Delgado has been actively discussing this offer with Mr. Delgado. On October 29, 2019, undersigned counsel contacted government to discuss the proposed plea agreement. Both parties are in agreement that additional time is necessary so that the parties can engage in further plea negotiations and so that critical steps necessary to resolve the case can take place. Accordingly, the parties are requesting a continuance of the trial date from December 11, 2019, to January 14, 2020, so that the parties have sufficient time to take the necessary steps to finalize plea negotiations. It is expected that these discussions will take between 2-3 weeks from the date of this filing. Both parties anticipate that these discussions will resolve the case without a need for trial.

4. Undersigned counsel for Mr. Delgado has been in contact with counsel for co-defendant Mr. Duran-Sanchez. Counsel for Mr. Duran-Sanchez has indicated, and the government has confirmed, that a plea agreement has been reached as to Mr. Duran-Sanchez and the parties intend to file the plea agreement as to his matter and to set the matter for a change of plea.

5. In addition to the above, the parties agree and stipulate, and request that the Court find the following:

    a. If the case did not resolve, counsel for defendants desire additional time to review the current charges, to review the discovery, which include Spanish-language records, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with their clients;

    b. Counsel has various conflicts in other cases between now and the proposed January 14, 2020 trial date that would not reasonably permit them to try this case any time between now and January 14, 2020;

1         c.     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 11, 2019 to January 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

Date: November 1, 2019         */s/ Angela Scott*  
                                              ANGELA SCOTT  
                                              Assistant United States Attorney  
                                              Attorney for Plaintiff

HEATHER E. WILLIAMS  
Federal Defender

Date: November 1, 2019         */s/ Reed Grantham*  
                                              REED GRANTHAM  
                                              Assistant Federal Defender  
                                              Attorney for Defendant  
                                              DANIEL DELGADO

**O R D E R**

Pursuant to the parties' stipulation, which this Court incorporates by reference into this Order, and for good cause shown, IT IS HEREBY ORDERED that
the trial currently scheduled for December 11, 2019, at 8:30 a.m. be continued to January 14, 2020, at 8:30 a.m. The time period between December 11, 2019, and January 14, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 5, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE