1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DANIEL DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00220-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| DANIEL DELGADO, | Date:  May 29, 2020 |
| Defendant. | Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Daniel Delgado, that the sentencing hearing currently scheduled for March 20, 2020, at 8:30 a.m. may be continued to May 29, 2020, at 10:00 a.m.

On December 16, 2019, Mr. Delgado entered a plea of guilty to Count 1 of the Indictment. *See* Dkt. #44. On February 7, 2020, Probation filed its initial Presentence Investigation Report ("PSR") in this case. *See* Dkt. #60. Mr. Delgado's informal objections are currently due on or before February 21, 2020.

On February 4, 2020, defense counsel filed a request with the Los Angeles County Superior Court to obtain Mr. Delgado's juvenile file, specifically his foster care records. Defense

counsel has also been in contact with Los Angeles County Counsel regarding obtaining these records since before that date. As of the date of this filing, it is unknown when such records will be provided. Accordingly, Mr. Delgado requests that his sentencing hearing be continued to May 29, 2020, in order to provide him with sufficient time to obtain and review his juvenile records, as such records may be relevant for sentencing purposes in this case. Additionally, the parties request that the due date for informal and formal objections be continued in accordance with a May 29, 2020 sentencing date.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 18, 2020            */s/ Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 18, 2020            */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DANIEL DELGADO

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Friday, March 20, 2020, at 8:30 a.m. be continued to Friday, May 29, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 18, 2020**__            _/s/ Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE

Delgado – Stipulation
and Proposed Order

3