HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DANIEL DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DELGADO,<br><br>Defendant. | Case No. 1:18-cr-00220-NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:  July 24, 2020<br>Time:  8:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Daniel Delgado, that the sentencing hearing currently scheduled for May 29, 2020, at 8:30 a.m. may be continued to July 24, 2020, at 8:30 a.m.

On December 16, 2019, Mr. Delgado entered a plea of guilty to Count 1 of the Indictment. *See* Dkt. #44. On February 7, 2020, Probation filed its initial Presentence Investigation Report ("PSR") in this case. *See* Dkt. #60. On February 18, 2020, the parties filed a stipulation to continue sentencing in this matter until May 29, 2020, that the Court signed the same day. *See* Dkt. #64.

At that time, in early February, defense counsel had filed a petition with the Los Angeles

County Superior Court to obtain Mr. Delgado's juvenile file, specifically his foster care records. Defense counsel has been in contact with Los Angeles County Counsel and the Los Angeles Superior Court regarding obtaining these records. As of the date of this filing, counsel has confirmed that the petition has been received and is being processed. However, counsel has also been informed by Los Angeles Superior Court personnel that as a result of the current pandemic petitions seeking juvenile records have been substantially delayed. Counsel has been instructed to follow-up with the court in mid-June for a status update regarding the petition.

In addition to the above, and in light of the public health concerns cited by this Court in its General Orders 611-617 addressing the evolving COVID-19 pandemic, and for the reasons set forth therein, specifically that public health authorities have suggested the public avoid social gatherings in groups of more than 10 people and practice physical distancing (within about six feet) between individuals to potentially slow the spread of COVID-19, the parties further agree that this matter should be continued so as to minimize public health concerns relating to the COVID-19 pandemic.

Accordingly, the parties request that sentencing be continued to July 24, 2020. Additionally, the parties request that the due date for informal and formal objections be modified in accordance with a July 24, 2020 sentencing date.

//
//
//
//
//
//
//
//
//
//
//

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 30, 2020                         */s/ Angela Scott*
                                             ANGELA SCOTT
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2020                         */s/ Reed Grantham*
                                             REED GRANTHAM
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             DANIEL DELGADO

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Friday, May 29, 2020, at 8:30 a.m. be continued to Friday, July 24, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 30, 2020**                          _____
                                                    UNITED STATES DISTRICT JUDGE

Delgado – Stipulation
and Proposed Order

3