1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DANIEL DELGADO
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 1:18-cr-00220-NONE-SKO
12 |         Plaintiff,                 | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                                |
14 | DANIEL DELGADO,                    | Date:   February 26, 2020
   |                                    | Time:  10:30 a.m.
15 |         Defendant.                 | Judge: Hon. Dale A. Drozd

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Daniel Delgado, that the sentencing

21  hearing currently scheduled for February 4, 2020, at 9:30 a.m. may be continued to February 26,

22  2020, at 10:30 a.m.

23         On December 16, 2019, Mr. Delgado entered a plea of guilty to Count 1 of the

24  Indictment. *See* Dkt. #44. On February 7, 2020, Probation filed its initial Presentence

25  Investigation Report ("PSR") in this case. *See* Dkt. #60. On October 2, 2020, Mr. Delgado

26  submitted his informal objections to the PSR. *See* Dkt. #75-1. The matter is currently set for

27  sentencing on February 4, 2021, at 9:30 a.m. *See* Dkt. #78.

28         The parties remain in discussions regarding an issue that is not set forth in the PSR but

that is relevant for sentencing purposes. Additional time is needed for the parties to finalize discussions related to this issue. Defense counsel further requires additional time to discuss this issue in more detail with Mr. Delgado, prior to proceeding to sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 21, 2021

*/s/ Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 21, 2021

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DANIEL DELGADO

## O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Thursday, February 4, 2021, at 9:30 a.m. be continued to Friday, February 26, 2021, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **January 21, 2021**

_____
UNITED STATES DISTRICT JUDGE

Delgado – Stipulation
and Proposed Order

2