HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DANIEL DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DELGADO,<br><br>Defendant. | Case No. 1:18-cr-00220-NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: March 18, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Daniel Delgado, that the sentencing hearing currently scheduled for February 26, 2021, at 10:30 a.m. may be continued to March 18, 2021, at 10:00 a.m.

On December 16, 2019, Mr. Delgado entered a plea of guilty to Count 1 of the Indictment. *See* Dkt. #44. On February 7, 2020, Probation filed its initial Presentence Investigation Report ("PSR") in this case. *See* Dkt. #60. On October 2, 2020, Mr. Delgado submitted his informal objections to the PSR. *See* Dkt. #75-1. On February 12, 2021, Mr. Delgado filed his formal objections to the PSR. *See* Dkt. #84. The matter is currently set for sentencing on February 26, 2021, at 10:30 a.m. *See* Dkt. #78. The parties have now had an

opportunity to discuss the issue referenced in the previous stipulation to continue. However, Mr. Delgado has recently been in quarantine at the Fresno County Jail and undersigned counsel has been unable to have an attorney-client privileged video call with him to discuss sentencing.

On February 9, 2021, undersigned counsel was informed that Mr. Delgado was no longer in quarantine. As a result, undersigned counsel set up an attorney-client privileged video call to discuss matters relevant to sentencing with Mr. Delgado on February 17, 2021. However, on February 17, 2021, shortly before the previously scheduled attorney-client video call, undersigned counsel was informed that Mr. Delgado was once again under quarantine and could not be made available for a video call. When asked how long Mr. Delgado would once again be under quarantine, undersigned counsel was told it could be up to 14 days. Undersigned counsel will attempt to set up an attorney-client video call with Mr. Delgado as soon as he is able to be made available for such a call. Accordingly, a continuance is needed so that undersigned counsel can have a meaningful conversation with Mr. Delgado regarding matters relevant to sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

Date: February 18, 2021                */s/ Angela Scott*
                                                ANGELA SCOTT
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: February 18, 2021                */s/ Reed Grantham*
                                                REED GRANTHAM
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                DANIEL DELGADO

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Friday, February 26, 2021, at 10:30 a.m. be continued to Thursday, March 18, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 18, 2021**  

_____
UNITED STATES DISTRICT JUDGE

Delgado – Stipulation
and Proposed Order