1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DANIEL DELGADO
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:18-cr-00220-NONE-SKO
12 |        Plaintiff,                | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                              |
14 | DANIEL DELGADO,                  | Date:  April 29, 2021
   |                                  | Time:  9:30 a.m.
15 |        Defendant.                | Judge: Hon. Dale A. Drozd

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Angela Scott, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Daniel Delgado, that the sentencing

21 hearing currently scheduled for March 18, 2021, at 10:30 a.m. may be continued to April 29,

22 2021, at 9:30 a.m.

23         On December 16, 2019, Mr. Delgado entered a plea of guilty to Count 1 of the

24 Indictment. *See* Dkt. #44. On February 7, 2020, Probation filed its initial Presentence

25 Investigation Report ("PSR") in this case. *See* Dkt. #60. On October 2, 2020, Mr. Delgado

26 submitted his informal objections to the PSR. *See* Dkt. #75-1. On February 12, 2021, Mr.

27 Delgado filed his formal objections to the PSR. *See* Dkt. #84. The matter is currently set for

28 sentencing on March 18, 2021, at 10:30 a.m. *See* Dkt. #78. This matter had been delayed in

1  January 2021 so as to provide the parties with additional time to discuss a specific matter related
2  to sentencing in this case. The parties have now had the opportunity to discuss the issue, however
3  undersigned counsel requires additional time to discuss this issue with Mr. Delgado.
4      Unfortunately, Mr. Delgado has been in and out of COVID-19 quarantine at the Fresno
5  County Jail since early February 2021 and undersigned counsel has been unable to have an
6  attorney-client privileged video call with him to discuss sentencing. Since early February 2021,
7  undersigned counsel has made repeated efforts to schedule an attorney-client privileged video
8  call with Mr. Delgado, but to date has been unable to secure such a call. On February 9, 2021,
9  undersigned counsel was informed that Mr. Delgado was no longer in quarantine. As a result,
10 undersigned counsel set up an attorney-client privileged video call to discuss matters relevant to
11 sentencing with Mr. Delgado on February 17, 2021. However, on February 17, 2021, shortly
12 before the previously scheduled attorney-client video call, undersigned counsel was informed
13 that Mr. Delgado was once again under quarantine and could not be made available for a video
14 call. On February 25, 2021, undersigned counsel, understanding and expecting Mr. Delgado to
15 off of quarantine starting March 1, 2021 (two weeks from the date quarantine started on February
16 17, 2021), submitted a request for an attorney-client privileged call to take place on March 4,
17 2021. On March 4, 2021, before the attorney-client privileged phone call was to take place,
18 undersigned counsel was informed that Mr. Delgado was again in quarantine and could not be
19 made available for a video call.[1]
20     Undersigned counsel currently has an attorney-client video call scheduled with Mr.
21 Delgado for March 11, 2021, at 12:00 p.m., assuming he is not once again placed in quarantine
22 in the interim. As sentencing is currently set for March 18, 2021, undersigned counsel requires
23 additional time to discuss several sensitive issues related to sentencing with Mr. Delgado in more
24 detail. Accordingly, a continuance is needed so that undersigned counsel can have a meaningful
25 conversation with Mr. Delgado regarding matters relevant to sentencing and so that undersigned
26

---

[1] While the Fresno County Jail has made Mr. Delgado available for phone calls after the video calls have been cancelled, during such phone calls Mr. Delgado is calling from the floor of his housing unit. Such calls are not attorney-client privileged as there are other inmates near and around Mr. Delgado while he is calling, and the sound quality of the calls is poor due to the noise in the background coming from the floor of the housing unit.

Delgado – Stipulation
and Proposed Order

2

counsel has sufficient time to prepare materials for sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

Date: March 9, 2021                    */s/ Angela Scott*
                                              ANGELA SCOTT
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: March 9, 2021                    */s/ Reed Grantham*
                                              REED GRANTHAM
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              DANIEL DELGADO

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Thursday, March 18, 2021, at 10:30 a.m. be continued to Thursday, April 29, 2021, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **March 9, 2021**                              /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE